UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

BRIAN ONUBA,

Supervisee.

18-cr-52 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

As stated on the record during this afternoon's presentment, IT IS HEREBY ORDERED THAT Andrew M. J. Bernstein, Esq., is appointed as counsel pursuant to 18 U.S.C. § 3006A to represent Supervisee in this matter.  Mr. Bernstein shall promptly file a notice of appearance in Case No. 18-cr-52.

IT IS FURTHER ORDERED THAT Supervisee is remanded to the custody of the United States Marshals Service and the Bureau of Prisons pending resolution of his VOSR proceedings.

SO ORDERED.

Dated:    September 29, 2022
          New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation